

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

February 27, 2026

**Via CM/ECF System**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

> **Re:**  **Letter Request for Adjournment of Initial Pretrial Conference**
> *Certain Interested Underwriters v. MSC Mediterranean Shipping Co. S.A.*
> SDNY Case No. 26-cv-00694 (MMG)
> Our Ref 35854
> ------------------------------------------------------------------------------------

Dear Judge Garnett:

We represent the plaintiffs, Certain Interested Underwriters Subscribing to Policy No. B0180PC2430091 ("Underwriters") and Star One Comercio Geral Limitada ("Star One"), in the above-referenced action.

Pursuant to section I.B.5 of Your Honor's individual rules, we write to respectfully request a 30-day adjournment of the initial pretrial conference currently scheduled for March 11, 2026 at 9:30 a.m. [ECF 6], as well as the corresponding deadline for the parties to submit a joint letter and proposed case management plan. This is the first such request.

In accordance with Your Honor's instructions, we provided notice of the initial pretrial conference to the legal department of defendant MSC Mediterranean Shipping Company S.A. ("MSC") on February 3, 2026, and filed proof of such notice with the Court [ECF 7]. In addition, we alerted the attorneys who usually appear for MSC in similar actions filed by our office (e.g., 24-cv-5267, 25-cv-5736, etc.) and asked whether they would be authorized to sign a waiver of service. However, to date, MSC has not appeared in this action and counsel have not executed the waiver form.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Margaret M. Garnett
February 27, 2026
Page Two

Separately, in another action pending before Judge Furman (26-cv-0042), we recently instructed a process server to effect service on MSC at its Midtown office at 420 Fifth Avenue. However, we were advised on February 20, 2026 that the building's security denied access to the process server and refused to call up to MSC's office. Accordingly, we are now in the process of making alternative arrangements to serve MSC in both this action and the one before Judge Furman.

In light of the foregoing, we respectfully request that the initial pretrial conference on March 11, 2026 be adjourned by 30 days.

We thank the Court for its attention to the foregoing request and stand by ready to answer any questions that the Court may have regarding this matter.

Respectfully submitted,
HILL RIVKINS LLP

Justin M. Heilig

GRANTED.  The Initial Pretrial Conference previously scheduled for March 11, 2026 is ADJOURNED to **Wednesday, April 8, 2026** at **9:30 a.m.**  The parties shall file their joint letter and proposed Civil Case Management Plan by **April 1, 2026**.

SO ORDERED.  Dated February 27, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

