

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

April 1, 2026

**Via CM/ECF System**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

> **Re:** **Letter Request for Second Adjournment of Initial Pretrial Conference**
> *Certain Interested Underwriters v. MSC Mediterranean Shipping Co. S.A.*
> SDNY Case No. 26-cv-00694 (MMG)
> Our Ref 35854
> --------------------------------------------------------------------------------

Dear Judge Garnett:

We represent the plaintiffs, Certain Interested Underwriters Subscribing to Policy No. B0180PC2430091 ("Underwriters") and Star One Comercio Geral Limitada ("Star One"), in the above-referenced action.

Pursuant to section I.B.5 of Your Honor's individual rules, we write to respectfully request another 30-day adjournment of the initial pretrial conference currently scheduled for **April 8, 2026** at 9:30 a.m. [ECF 9], as well as the corresponding deadline for the parties to submit a joint letter and proposed case management plan. This is the second such request. Although Defendant MSC Mediterranean Shipping Company S.A. ("MSC") has not formally appeared through counsel, it has waived service [ECF 10] and its house counsel consents this this adjournment request.

We are pleased to report that the parties have been engaged in settlement discussions and are close to reaching an amicable resolution of Plaintiffs' claims. Accordingly, we respectfully request that the initial pretrial conference be adjourned to facilitate the parties' negotiations and to conserve judicial resources. In the event that the parties reach an agreement to settle this action before the conference, we will promptly notify the Court.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Margaret M. Garnett
April 1, 2026
Page Two

We thank the Court for its attention to the foregoing request and stand by ready to answer any questions that the Court may have regarding this matter.

Respectfully submitted,
HILL RIVKINS LLP

Justin M. Heilig

Cc: Fernanda Gueiros (via email: fernanda.gueiros@msc.com)

GRANTED.  The Initial Pretrial Conference previously scheduled for April 8, 2026 is ADJOURNED to **Wednesday, May 6, 2026** at **9:30 a.m.**  The parties shall file their joint letter and proposed Civil Case Management Plan by **April 29, 2026**.

SO ORDERED.  Dated April 2, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

