

## HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

May 11, 2026

**Via CM/ECF System**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

   **Re:**  **Conclusion of Settlement & Request for Dismissal with Prejudice**
      *Certain Interested Underwriters v. MSC Mediterranean Shipping Co. S.A.*
      SDNY Case No. 26-cv-00694 (MMG)
      --------------------------------------------------------------------------------

Dear Judge Garnett:

  We represent the plaintiffs, Certain Interested Underwriters Subscribing to Policy No. B0180PC2430091 ("Underwriters") and Star One Comercio Geral Limitada ("Star One"), in the above-referenced action.

  We are pleased to report that the parties have concluded their settlement in this matter. Accordingly, we respectfully request that the action should be dismissed *with prejudice* at this juncture. A proposed Order is enclosed for the Court's consideration and convenience.

  We thank the Court for attention to the foregoing and stand by ready to answer any remaining questions that the Court may have regarding this matter.

      Respectfully submitted,
      HILL RIVKINS LLP

      Justin M. Heilig

Cc: Fernanda Gueiros (via email: fernanda.gueiros@msc.com)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CERTAIN INTERESTED UNDERWRITERS SUBSCRIBING TO POLICY NO. B0180PC2430091 and STAR ONE COMERCIO GERAL LIMITADA, | 26-cv-00694 (MMG) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| - against - | |
| MSC MEDITERRANEAN SHIPPING COMPANY S.A., | |
| Defendant. | |

MARGARET M. GARNETT, United States District Judge:

The parties having advised the Court that they have concluded their previously disclosed settlement [ECF 13] and now desire to terminate this action with prejudice [ECF 15],

IT IS HEREBY ORDERED that the case be, and hereby is, DISMISSED with prejudice and with each party bearing its own costs and fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: May 11 2026
New York, New York

MARGARET M. GARNETT
United States District Judge